BEFORE THE SECOND DIVISION, MAY 17, 1966

No. P66/57.—Traveler Trading Corp. and Travelers Trading Co. v. United States, protests 65/13663 and 65/13647 (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiffs was sustained.

No. P66/58.—Soderhamn Machine Manufacturing Co. v. United States, protests 61/12388, etc. (Tampa).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of Cambio Debarkers and parts thereof similar in all material respects to those the subject of *Soderhamn Machine Mfg. Co.* v. *United States* (54 Cust. Ct. 369, Abstract 69205), the claim of the plaintiff was sustained.

No. P66/59.—Guy B. Barham and D. P. Harris Hardware & Mfg. v. United States, protest 59/3087 (Los Angeles).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of air horns similar in all material respects to those the subject of *Sherwin International, Inc.* v. *United States* (54 Cust. Ct. 466, Abstract 69382), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, MAY 19, 1966

No. P66/60.—G. Joannou Cycle Co., Inc. v. United States, protest 64/23755 (New York).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiff was sustained.